# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM JOHNSON, ) | |
| ) | |
| Plaintiff, ) | Case No. 1:23-cv-00789-RGA |
| ) | |
| v. ) | |
| ) | |
| DIFFUSION PHARMACEUTICALS INC., ) | JURY TRIAL DEMANDED |
| ROBERT COBUZZI, JR., JANE H. ) | |
| HOLLINGSWORTH, ALAN LEVIN, ) | |
| ROBERT ADAMS, MARK T. GILES, and ) | |
| DIANA LANCHONEY, ) | |
| ) | |
| Defendants. ) | |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff voluntarily dismisses the claims in the above-captioned action (the "Action"). Defendants have neither served an answer or a motion for summary judgment in the Action.

Dated:  August 28, 2023            **LONG LAW, LLC**

                        By:   */s/ Brian D. Long*
                              Brian D. Long (#4347)
                              3828 Kennett Pike, Suite 208
                              Wilmington, DE 19807
                              Telephone: (302) 729-9100
                              Email: BDLong@longlawde.com

                              *Attorneys for Plaintiff*